[No. 3191. Decided January 21, 1899.]

LUCY A. BOARDMAN *et al.*, *Appellants*, v. CITY OF SPOKANE *et al.*, *Respondents*.

Appeal from Superior Court, Spokane County.—Hon WILLIAM E. RICHARDSON, Judge. Affirmed.

*Lewis & Lewis*, for appellants.

*A. G. Avery*, for respondents.

PER CURIAM.—The allegations of error in this case are (1) That a writ of review was not the proper remedy; and (2) that even though the writ was a proper one, the record did not show such a state of facts as under the law would entitle the plaintiffs to any relief.

Without passing on the first proposition, we are satisfied that under the law as announced by a long line of recent decisions on the subject of street assessments, the judgment in this case was correct. It will, therefore, be affirmed.